UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| LARRY P. RAYMER, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 6: 05-139-DCR |
| | ) |
| V. | ) |
| | ) |
| CHARLES E. SAMUELS, JR., | ) **MEMORANDUM ORDER** |
| | ) |
| Respondent. | ) |

\*\*   \*\*   \*\*   \*\*

A final Judgment was entered in this action in favor of the Respondent on April 13, 2005. On April 22, 2005, the Court denied the Petitioner's motion to alter or amend that Judgment. A review of the record indicates that the Petitioner filed a Notice of Appeal regarding this Court's rulings on May 20, 2005. However, on July 6, 2005, the United States Court of Appeals for the Sixth Circuit dismissed the Petitioner's appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The Petitioner filed a motion with this Court on September 20, 2005, seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. In support, the Petitioner cites a district court opinion from Maryland and other authorities which, he claims, supports his argument that the Bureau of Prisons has incorrectly calculated his good time credit. While the Petitioner has not cited any authority supporting his argument from this circuit, the Court notes that the Sixth Circuit has recently upheld the BOP's manner of calculating good time credit in another decision from this Court: *Petty v. Stine*, No. 05-5379 (6th Cir., September 19, 2005).

Accordingly, it is hereby

**ORDERED** that the Petitioner's motion [Record No. 14] is **DENIED**.

This 27th day of September, 2005.

Signed By:
*Danny C. Reeves*   DCR
United States District Judge